175 So. 924

**Henry THRIFT v. STATE.**
7 Div. 281.

Court of Appeals of Alabama.
June 8, 1937.

RICE, Judge.
Appeal dismissed.

171 So. 926

**Mark TIDWELL v. STATE.**
6 Div. 4.

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Appeal dismissed.

169 So. 914

**Tom TIDWELL v. STATE.**
7 Div. 212.

Court of Appeals of Alabama.
June 2, 1936.

SAMFORD, Judge.
Appeal dismissed.

169 So. 914

**Tom TIDWELL v. STATE.**
7 Div. 213.

Court of Appeals of Alabama.
June 2, 1936.

RICE, Judge.
Appeal dismissed.

171 So. 926

**Eugene TIERCE v. STATE.**
6 Div. 30.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Affirmed.

170 So. 915

**Boyd TODD v. STATE.**
8 Div. 420.

Court of Appeals of Alabama.
Oct. 27, 1936.

RICE, Judge.
Affirmed.

173 So. 926

**Oscar TOLBERT v. STATE.**
4 Div. 325.

Court of Appeals of Alabama.
April 6, 1937.

RICE, Judge.
Affirmed.

165 So. 923

**Britton TRAMMELL v. STATE.**
6 Div. 904.

Court of Appeals of Alabama.
Feb. 4, 1936.

BRICKEN, Presiding Judge.
New trial granted; remanded to lower court.